1  **FENNEMORE CRAIG, P.C.**
   Richard I. Dreitzer, Esq. (Bar No. 6626)
2  Luis E. Montanez, Esq. (Bar No. 16281)
   9275 W. Russell Road, Suite 240
3  Las Vegas, NV 89148
   Telephone:  (702) 692-8000
4  Facsimile:  (702) 692-8099
   Email: rdreitzer@fennemorelaw.com
5  Email: lmontanez@fennemorelaw.com
   *Attorneys for Defendant, AIRBNB, INC.*
6

7                  **UNITED STATES DISTRICT COURT**

8                       **DISTRICT OF NEVADA**

9   AMY GILLER, *individually and on behalf of all*          Case No.:  2:24-cv-01266-RFB-BNW
    *others similarly situated*,
10
                        Plaintiff,
11
                                                             **STIPULATION AND [PROPOSED]**
        v.                                                   **ORDER EXTENDING DEADLINE TO**
12                                                           **RESPOND TO PLAINTIFF'S**
    AIRBNB, INC., *a Delaware corporation*,                  **COMPLAINT**
13
                        Defendant.
14                                                           **(FIRST REQUEST)**

15          COMES NOW, Plaintiff AMY GILLER and Defendant AIRBNB, INC., (collectively, the

16  "Parties"), and hereby stipulate to extend the deadline for Defendant to respond to Plaintiff's

17  complaint as follows:

18          Whereas Plaintiff filed her Complaint on June 10, 2024;

19          Whereas Plaintiff's Complaint was served on Defendant on June 13, 2024;

20          Whereas the stipulated state court deadline for Defendant to respond is July 24, 2024;

21          Whereas this Case was removed to Federal Court on July 12, 2024;

22  //

23  //

24  //

25  //

26  //

27  //

28  //

-1-

49701972.1/070590.0001

1    NOW, THEREFORE, THE PARTIES HEREBY STIPULATE to extend the deadline for

2    Defendant to file its response to Plaintiff's complaint to July 24, 2024.

3    **IT IS SO STIPULATED**.

4    DATED this 16th day of July, 2024.          DATED this 16th day of July, 2024.

5    **FENNEMORE CRAIG, P.C.**                    **RICE REUTHER SULLIVAN**
                                                  **& CARROLL, LLP**
6

7    By: */s/ Luis Montanez*                      By: */s/ Anthony J. DiRaimondo*
         Richard I. Dreitzer (SBN 6626)               David A. Carroll (SBN 7643)
8        Luis E. Montanez (SBN 16281)                 dcarroll@rrsc-law.com
         9275 W. Russell Rd., Suite 240              Anthony J. DiRainmondo (SBN 10875)
9        Las Vegas, NV 89148                          adiraimondo@rrsc-law.com
         Telephone: 702-692-8000                      Robert E. Opdyke (SBN 12841)
10       Facsimile: 702-692-8099                      ropdyke@rrsc-law.com
         Email rdreitzer@fennemorelaw.com            3800 Howard Hughes Parkway
11       Email:lmontanez@fennemorelaw.com            Suite 1200
         *Counsel for Defendant Airbnb, Inc.*         Las Vegas, NV 89169
12                                                    Telephone: (702) 732-9099
                                                      *Counsel for Plaintiff & Proposed Class*
13

14                                  **ORDER**

15       UPON STIPULATION of the parties and with good cause appearing therefor, **IT IS**

16   **HEREBY ORDERED** that the deadline for Defendant to file its response to Plaintiff's

17   Complaint shall be extended to July 24, 2024.

18                             **IT IS SO ORDERED.**

19

20                             _____
                               UNITED STATES MAGISTRATE JUDGE
21                             DATED:  July 17, 2024

22   Respectfully submitted by:

23   **FENNEMORE CRAIG, P.C.**

24

25   By: */s/ Luis Montanez*
         Richard I. Dreitzer, Esq. (SBN 6626)
26       Luis E. Montanez, Esq. (SBN 16281)
         9275 W. Russell Rd., Suite 240
27       Las Vegas, NV 89148
         Telephone: 702-692-8000
         Email: rdreitzer@fennemorelaw.com
28       Email: lmontanez@fennemorelaw.com
         *Attorneys for Defendant Airbnb, Inc.*

FENNEMORE CRAIG, P.C.
9275 W. RUSSELL ROAD,
#240
LAS VEGAS, NV 89148
(702) 692-8000

- 2 -

49701972.1/070590.0001