David A. Carroll (Nevada Bar No. 7643)
*dcarroll@rrsc-law.com*
Anthony J. DiRaimondo (Nevada Bar No. 10875)
*adiraimondo@rrsc-law.com*
Robert E. Opdyke (Nevada State Bar No. 12841)
*ropdyke@rrsc-law.com*
**RICE REUTHER SULLIVAN & CARROLL, LLP**
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, Nevada 89169
Telephone: (702) 732-9099

Michael R. Reese (*pro hac vice*)
*mreese@reesellp.com*
**REESE LLP**
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500

George V. Granade (*pro hac vice*)
*ggranade@reesellp.com*
**REESE LLP**
8484 Wilshire Boulevard, Suite 515
Los Angeles, California 90211
Telephone: (310) 393-0070

*Counsel for Plaintiff and the Proposed Class*

# UNITED DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AMY GILLER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AIRBNB, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:24-cv-01266-RFB-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO COMPEL ARBITRATION AND MOTION TO DISMISS AND SET BRIEFING SCHEDULE**<br><br>**(SECOND REQUEST)**[1] |

---

[1] A First Request was submitted on July 31, 2024, and denied by the Court's Minute Order (ECF No. 17), dated August 1, 2024.

1

Pursuant to LR IA 6-1, Plaintiff Amy Giller ("Plaintiff" or "Giller"), on one hand, and Defendant Airbnb, Inc. ("Defendant" or "Airbnb"), on the other hand, by and through their respective undersigned attorneys of record, hereby stipulate and agree to extend the deadline to respond to Defendant's Motion to Compel Arbitration and Motion to Dismiss. The current deadline for Plaintiff's responses is August 7, 2024. This is the second request[2] for an extension of time concerning this deadline.

1. On July 24, 2024, Defendant filed two motions, the Motion to Compel Arbitration (originally ECF No. 9, with corrected image filed the next day as ECF No. 11) and the Motion to Dismiss (ECF No. 10). Plaintiff's current deadline to respond to said motions is **August 7, 2024**.

2. Subject to the Court's approval, the Parties agree to extend the deadline to respond to the two motions (ECF Nos. 10 and 11) up to and including **September 12, 2024**.

3. The Parties further agree that Defendant's deadline to file replies in support of said motions shall be extended up to and including **October 17, 2024.**

4. These requests are based on the complexities and breadth of the issues raised in the two motions, the schedules of Plaintiff's and Defendant's counsel in other matters, and in the interest of judicial economy. Specifically, in order to provide further details in compliance with the Court's Minute Order (ECF No. 17), the Parties state:

    a. Plaintiff's counsel initially discussed with Defendant's counsel an extended opposition deadline of August 29, 2024. However, Defendant's counsel advised that this would have resulted in difficulties for Defendant with respect to the reply briefs based on Defendant's counsel Richard Dreitzer's pre-existing obligations serving as President of the Nevada State Bar (which include multiple travel obligations in and outside of the State of Nevada). Accordingly, Mr. Dreitzer suggested that Plaintiff could take additional time for the oppositions so that Defendant's time period to draft and file reply briefs would occur in the second or third week of October.

---

[2] A First Request was submitted on July 31, 2024, and denied by the Court's Minute Order (ECF No. 17), dated August 1, 2024.

b. Plaintiff's counsel Anthony J. DiRaimondo will be significantly involved in briefing the oppositions to the two motions. Mr. DiRaimondo had limited availability in late July due to a serious family medical situation, which prevented him from immediately beginning work on these opposition briefs. The family medical situation is ongoing, which requires Mr. DiRaimondo to drive his disabled family member to medical appointments at least once a week and be present to speak with doctors. This ongoing situation is one of the reasons why Plaintiff needs increased time to file oppositions to the two motions. This was the reason for Plaintiff seeking the extension to August 29th (which was further extended to September 12th in order to accommodate a briefing schedule convenient for Defendant).

c. Plaintiff's counsel George Granade will be significantly involved in briefing the oppositions to the two motions. Mr. Granade is currently plaintiff's counsel in three other significant matters which have pre-existing briefing deadlines falling in August and early September, 2024. This was another reason for Plaintiff seeking the extension to August 29th (which was further extended to September 12th in order to accommodate a briefing schedule convenient for Defendant).

d. Defendant's counsel, Richard Dreitzer is also scheduled to commence a four day jury trial in Department 14 of the Eighth Judicial District Court on or about Monday, October 7, 2024, and therefore respectfully requests that the deadline for submission of Reply briefs in this matter be moved to October 17, 2024, as specified herein, to permit this trial to conclude with an additional period of several days before said briefs are to be submitted.

e. Further, the extensions account for observance of the Labor Day holiday weekend, a federal holiday.

3

5. Good cause exists to grant this stipulation and it is submitted in good faith, is not interposed for delay, and is not filed for an improper purpose.

Dated: August 1, 2024

Respectfully submitted,

**RICE REUTHER SULLIVAN & CARROLL, LLP**

*/s/     Anthony J. DiRaimondo*
David A. Carroll, Esq. (NSB #7643)
Anthony J. DiRaimondo, Esq. (NSB #10875)
Robert E. Opdyke, Esq. (NSB #12841)
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, Nevada 89169

*Attorneys for Plaintiff and the Proposed Class*

Dated: August 1, 2024

Respectfully submitted,

**FENNEMORE CRAIG, P.C.**

*/s/     Richard I. Dreitzer*
Richard I. Dreitzer, Esq. (NSB #6626)
Luis E. Montanez, Esq. (NSB #16281)
9275 W. Russell Road, Suite 240
Las Vegas, Nevada 89148

*Attorneys for Defendant Airbnb, Inc.*

**ORDER**

IT IS SO ORDERED

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

**Dated:** August 2, 2024