**REESE LLP**
George V. Granade (admitted *pro hac vice*)
*ggranade@reesellp.com*
8484 Wilshire Boulevard, Suite 515
Los Angeles, California 90211
Telephone: (310) 393-0070

**REESE LLP**
Michael R. Reese (admitted *pro hac vice*)
*mreese@reesellp.com*
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500

**RICE REUTHER SULLIVAN & CARROLL, LLP**
David A. Carroll (Nevada Bar No. 7643)
*dcarroll@rrsc-law.com*
Anthony J. DiRaimondo (Nevada Bar No. 10875)
*adiraimondo@rrsc-law.com*
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, Nevada 89169
Telephone: (702) 732-9099

*Counsel for Plaintiff and the Proposed Class*

**SIDLEY AUSTIN LLP**
Alexandria V. Ruiz (admitted *pro hac vice*)
*aruiz@sidley.com*
Jon Dean (admitted *pro hac vice*)
*jdean@sidley.com*
350 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 896-6000

[Additional Counsel Appear on Signature Page]

*Counsel for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AMY GILLER, *individually and on behalf of all others similarly situated*,<br><br>                    Plaintiff,<br><br>       v.<br><br>AIRBNB, INC., *a Delaware corporation*,<br><br>                Defendant. | Case No. 2:24-cv-01266-RFB-BNW<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Amy Giller ("Plaintiff") and Defendant Airbnb, Inc., hereby stipulate to dismissal with prejudice of Plaintiff's individual claims in the above-captioned action. Each side shall bear its own fees, costs, and expenses.

Respectfully submitted,

Date: July 10, 2026

**REESE LLP**

By: _/s/ George V. Granade_
George V. Granade (admitted *pro hac vice*)
*ggranade@reesellp.com*
8484 Wilshire Boulevard, Suite 515
Los Angeles, California 90211
Telephone: (310) 393-0070

**REESE LLP**
Michael R. Reese (admitted *pro hac vice*)
*mreese@reesellp.com*
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500

**RICE REUTHER SULLIVAN & CARROLL, LLP**
David A. Carroll (Nevada Bar No. 7643)
*dcarroll@rrsc-law.com*
Anthony J. DiRaimondo (Nevada Bar No. 10875)
*adiraimondo@rrsc-law.com*
Robert E. Opdyke (Nevada State Bar No. 12841)
*ropdyke@rrsc-law.com*
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, Nevada 89169
Telephone: (702) 732-9099

*Counsel for Plaintiff and the Proposed Class*

Date: July 10, 2026

**SIDLEY AUSTIN LLP**

By: _/s/ Alexandria V. Ruiz_
Alexandria V. Ruiz (admitted *pro hac vice*)
*aruiz@sidley.com*
Jon Dean (admitted *pro hac vice*)
*jdean@sidley.com*
Adriane Peralta (admitted *pro hac vice*)
*adriane.peralta@sidley.com*
350 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 896-6000

**FENNEMORE CRAIG, P.C.**
Caleena S. Braig (admitted *pro hac vice*)

1

*cbraig@fennemorelaw.com*
Chelsie A. Adams (Nevada Bar No. 13058)
*cadams@fennemorelaw.com*
Christopher H. Byrd (Nevada Bar No. 1633)
*cbyrd@fennemorelaw.com*
9275 West Russell Road, Suite 240
Las Vegas, Nevada 89148
Telephone: (702) 692-8000

*Counsel for Defendant*

**IT IS SO ORDERED**.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

**DATED**: July 13, 2026.

2